IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WILLIAM C. BRANDT, | * | |
| | * | |
| Plaintiff | * | Civil Action No. 1:15-cv-1841 |
| | * | |
| v. | * | |
| | * | |
| MOSAIC COMMUNITY | * | |
| SERVICES, INC., et al., | * | |
| | * | |
| Defendants | * | |

## JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT

The parties to this action jointly seek approval of their settlement of Plaintiff's claims under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.* Since Plaintiff has filed claims under the FLSA, the parties' settlement must be approved by the Court and approval must be entered as a stipulated judgment.

Plaintiff acknowledges his decision to settle his lawsuit is voluntarily made of his own accord, without any pressure, coercion or undue influence by anyone. To ensure that the parties' Settlement Agreement is valid and enforceable, the parties jointly present the attached Settlement Agreement for the Court's review and approval.

The parties jointly request that this Court approve their Settlement Agreement as fair and reasonable, and enter an order of dismissal with prejudice and stipulated judgment pursuant to the terms of the Settlement Agreement. Moreover, in an effort to avoid additional attorney's fees and costs on both sides, and to expedite the finality of the

settlement, the parties jointly request this Court approve this settlement without the need for a hearing.

Respectfully submitted,

| | |
|---|---|
| /s/ | /s/ |
| Judd G. Millman (Bar No. 18212) | Mark J. Swerdlin (Bar No. 14927) |
| Luchansky Law | Shawe & Rosenthal, LLP |
| 606 Bosley Avenue, Suite 3B | One South Street, Suite 1800 |
| Towson, MD 21204 | Baltimore, MD 21202 |
| Tel: (410) 522-1020 | Tel: (410) 752-1040 |
| Fax: (410) 522-1021 | Fax: (410) 752-8861 |
| Email: judd@luchanskylaw.com | Email: swerdlin@shawe.com |
| | |
| Counsel for Plaintiff | Counsel for Defendants |

*(Filed by Mark J. Swerdlin with permission of Judd G. Millman)*

October 26, 2015

488070