IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WILLIAM C. BRANDT, | * | |
| | * | |
| Plaintiff | * | Civil Action No. 1:15-cv-1841 |
| | * | |
| v. | * | |
| | * | |
| MOSAIC COMMUNITY SERVICES, INC., et al., | * | |
| | * | |
| Defendants | * | |

## ORDER GRANTING JOINT MOTION
## FOR JUDICIAL APPROVAL OF SETTLEMENT

Upon consideration of the Joint Motion for Approval of Settlement Agreement filed by the parties to this action, the Court hereby GRANTS the Motion and approves the settlement between Plaintiff and Defendants (hereinafter, collectively referred to as "the Parties") based on the following findings:

1. The Parties have provided the Court with sufficient information for the Court to conclude that the settlement agreement represents a fair and reasonable resolution of a *bona fide* dispute under the FLSA according to the factors that have been cited in other actions before the District Court. *See Saman v. LBDP, Inc.*, 2013 1949047 at * 3 (D.Md. 2013).

2. The Court finds that the settlement was the product of arms' length negotiations between Counsel for the Parties, who are experienced in the field of FLSA litigation.

3. The attorney's fees to be paid under the settlement agreement are separately stated and Counsel have provided sufficient information to permit the Court to conclude that the fees represent payments for amounts actually incurred at a reasonable hourly rate. The amount for fees and costs bear a reasonable relationship to the amount being paid to Plaintiff under the Agreement.

WHEREFORE, the Court hereby Orders that the Joint Motion be and is hereby GRANTED, the Settlement is APPROVED, and this case is DISMISSED WITH PREJUDICE.

_____  11/2/15
The Honorable Jillyn K. Schulze
U.S. Magistrate Judge

#488125